MICHAEL BAILEY
United States Attorney
District of Arizona
REESE V. BOSTWICK
Assistant U.S. Attorney
Arizona State Bar No. 009934
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: reese.bostwick@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>2006 International 4000 Tow Truck,<br>VIN: 1HTMMAAL96H230279,<br><br>Defendant. | CV<br><br>**STIPULATED COMPLAINT<br>FOR FORFEITURE<br><u>IN REM</u>** |

COMES NOW the United States of America, by and through its undersigned counsel, in the civil cause of forfeiture and alleges on information and belief:

1. That this is a civil action <u>in rem</u> brought to enforce the provisions of Title 8, United States Code, Section 1324(b)(1) for the forfeiture of a 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279, involved in the offenses of 1) Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), that is, engaging in any conspiracy to commit any of the acts in Title 8, United States Code, Section 1324(a)(1)(A); and 2) Title 8, United States Code, Section 1324(a)(1)(A)(v)(II), aiding or abetting the commission of any of the acts in Title 8, United States Code, Section 1324(a)(1)(A).

2. That this Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

3. That this Court has <u>in rem</u> jurisdiction pursuant to Title 28, United States Code, Section1355(b).

4. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28, United States Code, Section 1395 because the property is located in this district.

5. That the defendant, a 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279, was seized on Interstate 19 near Nogales, Arizona and is presently in the custody of the U.S. Customs and Border Protection within the jurisdiction of this Court and will remain therein throughout the course of these proceedings.

7. That the United States and putative claimant, Cecilio Valdez-Hernandez, Jr., have reached an agreement, the terms of which are embodied in a Stipulation for Forfeiture, attached to the complaint. Pursuant to the terms of that agreement, the parties have agreed to the forfeiture of the 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279, after the appropriate procedural steps are taken.

8. **Basis for Forfeiture**

On March 8, 2019, Homero Cuevas was driving a 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279 (hereinafter "defendant vehicle"), with a 2007 Chevrolet Silverado being towed on a flat bed when he attempted to pass through Interstate 19 Border Patrol checkpoint. In secondary, an x-ray performed on both vehicles revealed three individuals hidden inside of the 2007 Chevrolet Silverado. After the three (3) individuals were questioned, it was determined that they were citizens of Mexico without legal status or documents to be in the United States.

United States Border Patrol Agent Jorge Rodriguez interviewed Homero Cuevas (hereinafter "Cuevas") after his arrest. Cuevas told agents he was hired by "Cecilio" to transport three (3) illegal aliens from the Pilot Gas Station in Rio Rico, Arizona to Tucson, Arizona. Cuevas stated that he was going to be paid $1,000 to transport the illegal aliens. Cuevas met Cecilio, who was operating the defendant vehicle, near the casino on Valencia Road in Tucson and followed him to Nogales in his truck.

Cuevas further stated that he and Cecilio stopped at the Pilot Gas Station near Nogales, Arizona and dropped off his truck so he could travel in the defendant vehicle with Cecilio. They then traveled to Nogales, Arizona to pick up the 2007 Chevrolet Silverado that they were hired to transport back to California. After they picked up the 2007 Chevrolet Silverado, they drove back to the Pilot Gas Station and they agreed that Cecilio would drive Cuevas' truck back to Tucson while Cuevas would drive the defendant vehicle to Tucson. Once at the Pilot Gas Station, Cuevas went into the store while Cecilio stayed near the defendant vehicle to relay to him, by cellphone, when it was safe for him to return to the defendant vehicle.

Once Cecilio told Cuevas he could exit the Pilot Gas Station, Cuevas got back into the defendant vehicle and proceeded onto Interstate 19 towards the Border Patrol checkpoint.

Wherefore, plaintiff prays that due process issue to enforce the forfeiture of the 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; and prays that the 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279 be condemned and forfeited to the United States of America, and delivered to the custody of the U.S. Customs and Border Protection for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 24th day of June, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/ Reese V. Bostwick*
REESE V. BOSTWICK
Assistant U.S. Attorney

# VERIFICATION

I, Border Patrol Agent Jorge Rodriguez, hereby verify and declare under penalty of perjury that I am a Border Patrol Agent with the United States Customs and Border Protection, that I have read the foregoing Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my case, together with others, as a Border Patrol Agent of the U.S. Customs and Border Protection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2019.

JORGE RODRIGUEZ
Border Patrol Agent
U.S. Customs and Border Protection

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279

(b) County of Residence of First Listed Plaintiff: Pima
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Pima
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 380 Other Personal Property Damage | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | |
| | | | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
8 U.S.C. §1324(b)(1)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 06/24/2019
SIGNATURE OF ATTORNEY OF RECORD: S/ Reese V. Bostwick

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

| | |
|---|---|
| 1 | MICHAEL BAILEY |
|   | United States Attorney |
| 2 | District of Arizona |
|   | REESE V. BOSTWICK |
| 3 | Assistant U.S. Attorney |
|   | Arizona State Bar No. 009934 |
| 4 | United States Courthouse |
|   | 405 West Congress, Suite 4800 |
| 5 | Tucson, Arizona  85701-5040 |
|   | Telephone: (520) 620-7300 |
| 6 | E-mail: reese.bostwick@usdoj.gov |
|   | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CV |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR FORFEITURE** |
| 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, and Cecilio Valdez-Hernandez, Jr., by and through his attorney, Rafael Gallego, stipulate and agree to the forfeiture of a 2006 International 4000 Tow Truck, VIN: 1HTMMAAL96H230279 (hereinafter "defendant vehicle") as follows:

1.  That Cecilio Valdez-Hernandez, Jr., and the United States of America have entered into a settlement agreement as to the defendant vehicle, which is subject of this civil forfeiture action.

2.  That Cecilio Valdez-Hernandez, Jr., and the United States of America further consent to the entry of a Stipulated Judgment for Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

3.  That Cecilio Valdez-Hernandez, Jr., states he is the sole owner of the defendant vehicle, which is in the possession of the United States Custom and Border Protection.

4. That Cecilio Valdez-Hernandez, Jr., agrees to waive the publication requirement of Rule G(4)(a) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

5. That Cecilio Valdez-Hernandez, Jr., agrees to forfeit all right, title and interest in the defendant vehicle, and it shall be condemned and forfeited to the United States, and disposed of according to law.

6. That the proceeds of the sale of the defendant vehicle, shall be applied to the payment of all seizure, maintenance and sale expenses incurred by the U.S. Customs and Border Protection and their substitute custodian. The remainder of the proceeds, if any, shall be divided equally between Cecilio Valdez-Hernandez and the government.

7. That Cecilio Valdez-Hernandez, Jr., shall not be entitled to costs or attorney fees.

8. That Cecilio Valdez-Hernandez, Jr., agrees not to contest the issue of whether there was probable cause for the seizure and forfeiture of the defendant vehicle.

9. That Cecilio Valdez-Hernandez, Jr., knowingly and voluntarily waives all constitutional, legal, and equitable defenses to the forfeiture of the defendant vehicle in any proceeding. Cecilio Valdez-Hernandez, Jr., agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine, to the forfeiture of the defendant property by the United States.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

    10. That Cecilio Valdez-Hernandez, Jr., shall hold the United States, its agents, and employees harmless from any and all claims which might result from the forfeiture of the defendant vehicle.

MICHAEL BAILEY
United States Attorney
District of Arizona

DATED: 6-24-19

*/s/ R. Bostwick*
REESE V. BOSTWICK
Assistant U.S. Attorney

DATED: 6/21/19

*/s/ Rafael Gallego*
RAFAEL GALLEGO
Attorney for Cecilio Valdez-Hernandez, Jr.

DATED: 6-21-2019

*/s/ Cecilio Valda Jr.*
CECILIO VALDEZ-HERNANDEZ, JR.
Claimant

3